STATE OF NEW JERSEY v. MICHAEL APPROVATO.

June 8, 1982.

Petition for certification denied.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v.
BOROUGH OF EAST RUTHERFORD.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA GALLUCCI.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN NEDDHAM.

June 8, 1982.

Petition for certification denied.